UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BILL A. BUSBICE, JR., an individual; OLLAWOOD PRODUCTIONS, LLC, a limited liability company; and ECIBSUB, LLC, a limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>ADRIAN VUCKOVICH, an individual; COLLINS, BARGIONE & VUCKOVICH, a partnership; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-08511-PA-AJW<br><br>[Assigned to Hon. Percy Anderson]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

The Motion to Dismiss and/or for other relief, filed by Defendants ADRIAN VUCKOVICH, an individual, and COLLINS, BARGIONE & VUCKOVICH, a Partnership (collectively "Defendants") came on regularly for hearing on March 6, 2017, at 1:30 p.m. in Courtroom "9A" of the above-entitled court, before the Honorable Percy Anderson, Judge Presiding. Having considered the motion, supporting and opposing papers, and having heard oral argument, and **GOOD CAUSE APPEARING, THE COURT RULES AS FOLLOWS:**

1

Defendants' motion to dismiss is granted on the following grounds:

(1) For lack of personal jurisdiction over Defendants pursuant to Federal Rule of Civil Procedure 12(b)(2);

(2) On the ground that the current venue is improper, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1391;

(3) For the transfer of the action to the United States District Court, For the Northern District of Illinois, for convenience and in the interests of justice pursuant to 28 U.S.C. § 1404(a);

(4) For failure to state a claim upon which relief can be granted against Defendants under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____  _____
                                                          Honorable Percy Anderson
                                                          United States District Judge

4813-4349-3184, v. 1

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES )

    I am employed in Los Angeles County.  My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, California 90025, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of KAUFMAN DOLOWICH VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On January 23, 2017, I served the foregoing documents on the interested parties in this action entitled as follows:

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

[XX]  by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**See Attached Service List**

[ ]  (**BY MAIL**)  I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ]  (**BY PERSONAL SERVICE**)  I caused to be hand delivered such envelope to the addressee so indicated.

[XX]  (**BY THE COURT'S ECF SYSTEM**)  I caused each such document(s) to be transmitted   electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ]  (**BY FEDERAL EXPRESS**)  I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)).  Under that practice, it would be deposited with the United States Postal  Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business.

[ ]  (**STATE**)  I declare under penalty of perjury that the foregoing is true and correct.

[XX]  (**FEDERAL**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on January 23, 2017, at Los Angeles, California.

                                        */s/ Celia Flippin*
                                        CELIA FLIPPIN

# SERVICE LIST

*Bill A. Busbice, Jr., et al. v. Adrian Vuckovich, et al.*
**United States District Court Case No. 2:16-cv-08511 PA(AJWx)**
**[Related to Case No. 2:14-cv-04077 PA(AJWx)]**

*ATTORNEYS FOR PLAINTIFFS*
*Bill A. Busbice, Jr., Ollawood Productions,*
*LLC and ECIBSUB, LLC*

Paul L. Gale, Esq.
Thomas H. Prouty, Esq.
TROUTMAN SNADERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545

Ph:   (949) 622-2700
Fax: (949) 622-2739

Email: paul.gale@troutmansanders.com
Email: thomas.prouty@troutmansaners.com

4852-7376-9019, v.  1